FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANDREA LUTHER,

                    Plaintiff,

          v.

BOSTON SCIENTIFIC
CORPORATION,

                    Defendant.

No.    4:20-cv-05085-SMJ

**ORDER DISMISSING CASE**

On June 4, 2021, the parties filed a stipulated dismissal, ECF No. 37. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1.    The parties' Unopposed Motion to Dismiss, **ECF No. 37**, is **GRANTED**.

2.    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3.    All pending motions are **DENIED AS MOOT**.

4.    All hearings and other deadlines are **STRICKEN**.

//

ORDER OF DISMISSAL – 1

1    **5.**    The Clerk's Office is directed to **CLOSE** this file.

2    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

3    provide copies to all counsel.

4    **DATED** this 4TH day of June 2021.

5

6    _____
     SALVADOR MENDOZA, JR.
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL – 2